IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 99-14-01-JJF |
| JIMMIE WILKERSON | : | |
| Defendant. | : | |

DEFENDANT WILKERSON'S MOTION FOR
RETROACTIVE COCAINE BASE SENTENCING REDUCTION

AND NOW comes the defendant, Jimmie Wilkerson, by his attorney Edson A. Bostic, Federal Public Defender, and pursuant to 18 U.S.C. § 3582 (c) (2), files this Motion for Retroactive Cocaine Base Sentencing Reduction.

In support of this motion, Mr. Wilkerson avers as follows:

1.  By written report dated March 3, 2008, the United States Probation Office determined that defendant, Jimmie Wilkerson, qualifies for the two-level guideline reduction, that application of the two-level reduction produces a revised guideline range of 188 to 235 months imprisonment, and that defendant was eligible for a sentence representing 77% of the guideline minimum.

2.  By letter dated April 2, 2008, the United States Attorney's Office indicated that it did not oppose application of the two-level reduction, and agreed to a sentence representing 77% of the guideline minimum.

3.  Defendant waives an evidentiary hearing, concurs in the Probation Officer's written findings, and requests a sentence of 145 months imprisonment (188 x .77 = 144.76).

WHEREFORE, it is respectfully requested that Defendant Wilkerson's Motion for Retroactive Cocaine Base Sentencing Reduction be GRANTED.

Respectfully submitted,

 /s/ Edson A. Bostic
Edson A. Bostic
Federal Public Defender

Attorney for Defendant Jimmie Wilkerson

Federal Public Defender's Office
One Customs House
704 King Street, Suite 110
Wilmington, Delaware 19801
302-573-6010
ecf_de@msn.com


Date: April 10, 2008