AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | |
|---|---|
| United States of America<br>v.<br>Jimmie Wilkerson | )<br>)<br>) Case No: 99-14-001 (JJF)<br>) USM No: 01066-748 |
| Date of Previous Judgment: December 1, 1999<br>(Use Date of Last Amended Judgment if Applicable) | ) Edson Bostic<br>) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __180__ months is reduced to __145 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __35__        Amended Offense Level: __33__
Criminal History Category: __IV__     Criminal History Category: __IV__
Previous Guideline Range: __235__ to __293__ months    Amended Guideline Range: __188__ to __235__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.

☒ Other (explain):   The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure and the reduced sentence is comparably less than the amended guideline range.

**III. ADDITIONAL COMMENTS**



Except as provided above, all provisions of the judgment dated __12/1/1999__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __April 23, 2008__                         _____/s/ Joseph J. Farnan_____
                                                        Judge's signature

Effective Date: _____                  U.S. District Judge Joseph J. Farnan, Jr.
                (if different from order date)          Printed name and title